COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

JUL 2 7 2011

VIRGINIA, in the

UNITED STATES DISTRICT COURT
 of the
EASTERN DISTRICT OF VA/ALEXANDRIA DIVISION
401 COURTHOUSE SQ
ALEXANDRIA, VA 22314-5798


JESSE S.p.A

vs          Case/File/Matter Number:  1:11CV579

ZOOMIE, LLC


### CERTIFICATE OF COMPLIANCE

I hereby certify that a copy of the process, notice, order or demand in the above-styled matter served upon the Clerk of the State Corporation Commission pursuant to § 12.1-19.1 of the Code of Virginia as statutory agent was mailed on July 26, 2011 by First Class mail to the following:

ZOOMIE, LLC
13661 WILT STORE RD
LEESBURG, VA 20176


Dated: July 26, 2011

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

Enclosures


SERVOP
CIS0317
11-07-25-1628



SOP-19.1
(07/10)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

JUL 2 7 2011

**SERVICE OF PROCESS, NOTICE, ORDER OR DEMAND**
**ON THE CLERK OF THE STATE CORPORATION COMMISSION**
**AS STATUTORY AGENT**

1. The service being made relates to the following proceeding:

   Style of Proceeding: Jesse S.p.A v. Zoomie, LLC., et al.
   (e.g. name of the plaintiff vs. name of the defendant, or In the matter of..., etc.)

   Case/File/Matter No. Civil Action No. 1:11cv579 (TSE/TCB)

   Proceeding Pending in United States District Court, Eastern District of Virginia
   (Jurisdiction)                                                (Name of Court or Tribunal)

   Court's Mailing Address: 401 Courthouse Square

   Alexandria, VA 22314-5798

2. Service is being made on the Clerk of the State Corporation Commission pursuant to Virginia Code §§ 12.1-19.1 and **(mark the appropriate box):**

   | | | | |
   |---|---|---|---|
   | ☐ 13.1-637 B | ☐ 13.1-920 E | ☐ 38.2-801 | ☐ 50-73.135 G |
   | ☐ 13.1-758 F | ☐ 13.1-928 B | ☐ 38.2-809 | ☐ 50-73.139 A 3 |
   | ☐ 13.1-766 B | ☐ 13.1-931 E | ☐ 38.2-1216 | ☐ 50-73.140 |
   | ☐ 13.1-767 E | ☒ 13.1-1018 B | ☐ 50-73.7 B | |
   | ☐ 13.1-769 E | ☐ 13.1-1056 A 3 | ☐ 50-73.58 A 3 | |
   | ☐ 13.1-836 B | ☐ 13.1-1057 E | ☐ 50-73.59 E | |

   ☐ Other Va. Code Section or statutory authority (Specify): _____

3. Pursuant to the foregoing legal authority, the Clerk of the State Corporation Commission is being served as statutory agent of    Zoomie, LLC    .
   (name of business entity)

   The mailing address of the defendant (business entity) being served (one address per form) is

   13661 Wilt Store Rd.                    Leesburg              VA      20176.
   (number/street, P.O. Box, Rural Route, etc.)   (city or town)     (state)   (zip code)

4. Send the Commission's receipt for the payment of the fee for service on the Clerk to:

   Name:    Redmon, Peyton & Braswell, LLP

   Attn: John E Coffey
   Address: 510 King St., Suite 301, Alexandria, VA 22314
   (number/street, P.O. Box, Rural Route, etc.)   (city or town)   (state)   (zip code)

   Telephone No: 703-684-2000
   (optional)

**AN ORIGINAL AND ONE COPY OF THIS FORM MUST BE SUBMITTED**
**ALONG WITH TWO COPIES OF THE PAPERS TO BE SERVED**
**SEE INSTRUCTIONS ATTACHED**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Jesse S.p.A
　　　　　　*Plaintiff*
v.　　　　　　　　　　　　　　　Civil Action No. 1:11cv579 (TSE/TCB)
Zoomie, LLC and Claude Zein
　　　　　　*Defendant*

4th Alias

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　Zoomie, LLC
　　　　　　Serve: Clerk of the Virginia State Corporation Commission
　　　　　　1300 E. Main St., Tyler Building, First Floor
　　　　　　Richmond, VA 23219

FILED
JUL 27 2011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　John E. Coffey, Esq.
　　　　　　Redmon, Peyton & Braswell, LLP
　　　　　　510 King Street, Suite 301
　　　　　　Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **FERNANDO GALINDO, CLERK**

Date: July 19, 2011　　　　　　　　　　　　　　　　Tina L. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:11cv579 (TSE/TCB)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zoomie, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: