UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JESSE S.p.A.** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No.: 1:11-cv-579 (TSE/TCB) |
| **ZOOMIE, LLC.** | ) |
| **Et al.** | ) |
| **Defendants** | ) |

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

The Plaintiff, Jesse S.p.A., by counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby applies to the clerk for an Entry of Default against the Defendants in this matter. As set forth in the Declaration of Plaintiff's counsel attached hereto as Exhibit A, the Defendants have failed to answer or otherwise respond to the Plaintiff's Complaint within the period required by law, and a default should accordingly be entered.

Wherefore, the Plaintiff requests that the Clerk enter a default against the Defendants.

JESSE S.p.A.
By Counsel

By: _____/s/_____
John E. Coffey (VSB #19086)
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
703-684-2000
703-684-5109 (fax)
jcoffey@rpb-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September, 2011, a copy of the foregoing was mailed, first class, postage prepaid to the following:

Zeinco, Inc.
13661 Wilt Store Rd.
Leesburg, VA 20176

Claude Zein
1177 22nd St., NW
Unit 4-J
Washington, DC 20037

_____/s/_____
John E. Coffey (VSB #19086)
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
703-684-2000
703-684-5109 (fax)
jcoffey@rpb-law.com
*Counsel for Plaintiff*