IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Jesse S.p.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:11cv579 |
| | ) (TSE/TCB) |
| Zoomie, LLC, et al., | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and declaration of John E. Coffey, the Clerk of this Court does hereby enter the default of Zoomie, LLC and Claude Zein for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

By: _____
DEPUTY CLERK

Dated: September 16th, 2011